

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00741-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Relator's motion for rehearing was originally due on December 5, 2019; however, this court granted relator an extension until January 6, 2020. On January 3, 2020, relator filed a second request for an extension of time in which to file a motion for rehearing. On January 7, 2020, we granted the extension until January 23, 2020 and cautioned relator against filing any further requests for an extension.

On January 22, 2020, relator filed a third request for an extension of time until January 27, 2020. We GRANT the request and ORDER relator to file her motion for rehearing no later than January 27, 2020. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.** Any motion for rehearing filed after January 27, 2020 will be treated as untimely filed.

It is so **ORDERED** on January 24, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PB000081L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., an Incapacitated Person*, pending in the County Court At Law No 1, Webb County, Texas, the Honorable Hugo Martinez presiding.